# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | |
| ) | Case No: |
| MICHAEL TIREE COLEMAN ) | |

## INFORMATION

**COUNT ONE:**  **[18 U.S.C. § 922(a)(6)]**

The United States charges that:

On or about the 22nd day of March 2021, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**MICHAEL TIREE COLEMAN,**

in connection with the acquisition of a firearm, specifically, a **Glock 9mm pistol**, bearing serial number BNXY183, and a **Glock 9mm pistol**, bearing serial number BNXY181, all from Three Factors Unlimited, Inc., doing business as Wade's Pawn Shop, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, knowingly made a false and fictitious written statement to Wade's Pawn Shop, which statement was intended likely to deceive Wade's Pawn Shop, as to a fact material to the lawfulness of such sale of the said firearms to the defendant under chapter 44 of Title 18, in that the defendant falsely represented that he was the actual purchaser of the firearms on the Department of Justice, Bureau of

Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Record, when, in fact, as he then knew, he was not the actual purchaser of the firearms, in violation of Title 18, United States Code, Section 922(a)(6).

    PRIM F. ESCALONA
    United States Attorney

    */s/ Electronic Signature*
    KRISTY M. PEOPLES
    Assistant United States Attorney